United States District Court
Southern District of Texas
**ENTERED**
November 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFF FALUDI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3467 |
| | § | |
| US SHALE SOLUTIONS LLC, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting in part Defendant's Motion for Summary Judgment, the court **ADJUDGES** that plaintiff, Jeff Faludi, take nothing from defendant, US Shale Solutions LLC.  This action is **DISMISSED WITH PREJUDICE**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 30th day of November, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE