IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFF FALUDI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-03467 |
| US SHALE SOLUTIONS LLC | § § § | |
| Defendant. | § | JURY REQUESTED |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Jeff Faludi appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on November 30, 2017 (Doc. 35), together with any and all supplements and amendments thereto, as well as any all findings and conclusions or orders and rulings preceding entry of that Judgment, including but not limited to the Memorandum Opinion and Order entered on the same date (Doc. 34).

Respectfully submitted,

STURM LAW, PLLC
*/s/ Charles A. Sturm*
CHARLES A. STURM
csturm@sturmlegal.com
*Attorney in Charge*
Texas Bar No. 24003020
Federal Bar No. 21777
712 Main Street, Suite 900
Houston, Texas 77002
(713) 955-1800 [Telephone]
(713) 955-1078 [Facsimile]



## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of the foregoing was filed and served on Defendant through the Court's CM/ECF system.

                                            */s/ Charles Sturm*
                                            Charles Sturm